Case 1:26-mj-00031-GMH    Document 1-1

Case: 1:26-mj-00031
Assigned To: Judge Harvey, G. Michael
Assign. Date: 2/10/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

I, Vlad Boscor, Special Agent of the Department of Homeland Security Homeland Security Investigations (HIS), being duly sworn, hereby depose and state the following:

## INTRODUCTION

1. This Affidavit is submitted in support of a Criminal Complaint charging Imani KELLY (hereinafter "**KELLY**") with a violation of Title 42 U.S.C. § 408(a)(7)(B), that is, misuse of Social Security Number, and Title 18 U.S.C § 1542, that is, willfully and knowingly making any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passport or the rules prescribed pursuant to such laws.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4. Your Affiant is a Special Agent with Homeland Security Investigations (HSI), assigned to the Special Agent in Charge (SAC) D.C. field office. I have been employed with HSI since May 2020. Prior to my Special Agent position with HSI, I was a sworn federal officer with the United States Capitol Police. Prior to my position with the United States Capitol Police, I was a

Paralegal with the United States Attorney's Office. I am currently assigned to the investigative fraud cell as part of the Make DC Safe and Beautiful Task Force, where my duties and responsibilities include the investigation of federal crimes concerning Misuse of SSN and Passport Fraud. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a). I am therefore authorized to make applications for search and seizure warrants and to serve arrest warrants.

5. Because this Affidavit is offered for the limited purpose of establishing probable cause to support the criminal complaint, it contains only a summary of relevant facts. I have not included details of every aspect of this investigation to date. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for issuance of the criminal complaint. The information contained in this Affidavit is based upon my personal knowledge of and participation in the investigation, a review of documents and other evidence, and conversations with other law enforcement officers and other individuals. All conversations and statements described in this Affidavit are related in substance and in part unless otherwise indicated.

## PROBABLE CAUSE

### A. **KELLY** and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6. HSI, along with other law enforcement agencies, has been investigating **KELLY** for violations of various federal offenses, including Misuse of Social Security Number.

7. The Social Security Administration Office of Inspector General confirmed that KELLY was issued the genuine SSN of ▇▇▇▇▇▇▇.

8. **KELLY** previously provided his genuine SSN of ▇▇▇▇▇▇▇ on his United States Passport Application, which he submitted to the United States Government.

9. Law enforcement discovered that **KELLY** applied for, and is the current leaseholder, for apartment 652 in The Tides DC apartment building located at 35 Parker Row SW in Washington DC.

10. As part of the lease application process, **KELLY** provided his genuine Washington DC Driver's License:



11. **KELLY** also provided the following Social Security Card as part of the lease application process:

12. 



13. The Social Security Administration Office of Inspector General has confirmed that the SSN ▮▮▮▮ has not been issued to any person.

14. Law enforcement has confirmed that Apartment 652 in The Tides DC apartment building is currently approximately $25,000 USD in rent arrears.

### B. KELLY's United States Passport Application

15. Law enforcement, as noted above, reviewed **KELLY's** United States Passport

Application as part of the investigation into The Tides DC apartment investigation.

16. Law enforcement discovered that **KELLY** submitted to the United States Government a United States Passport Application (Form DS-11).

17. **KELLY's** Form Ds-11 was signed by **KELLY** and the acceptance agent on 03/24/2021.

18. The following is the "Acts or Conditions" section for the DS-11: If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, a supplementary explanatory statement under oath (or affirmation) by the application should be attached and made a part of this application. The first condition then reads: I have not been convicted of a federal or state drug offense.

19. By signing and dating the DS-11, **KELLY** executed and swore under penalty of perjury the following: "I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United State and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached)); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form." **KELLY's** signature appears below this statement.

20. A review of **KELLY's** criminal history included the following: Within the State of Illinois, **KELLY** was convicted on 01/12/2016 of a Felony 1 Marijuana Manufacture/Delivery of Cannabis. **KELLY** was sentenced to 6 months of imprisonment and 3 years of probation for the crime.

21. **KELLY** also has criminal history within the District of Columbia and the State of

Maryland.

22.     **KELLY** was ultimately issued a valid United States Passport. A review of **KELLY's** travel history showed that **KELLY** used his United States Passport Number ▮▮▮▮▮ to fly from Newark Liberty International Airport into Punta Cana DR on 05/24/2021. **KELLY** then used the same United States Passport to fly back from Punta Cana DR into Newark Liberty International Airport on 05/27/2021. **KELLY** cleared Customs and re-entered the United States on 05/27/2021.

## CONCLUSION

23.     Based on the above-referenced facts, your affiant asserts that there is probable cause to support the issuance of a Criminal Complaint charging KELLY with a violation of Title 42 U.S.C. § 408(a)(7)(B), that is, misuse of Social Security Number, and Title 18 U.S.C § 1542, that is, willfully and knowingly making any false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passport or the rules prescribed pursuant to such laws.

Respectfully submitted,

Vlad Boscor, Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on the 10th day of February 2026.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge